Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| COLIN F., by and through his guardians ad litem, MICHAEL F. and KATHLEEN F., <br><br> Plaintiffs, <br><br> v. <br> ALSTELMA JACKSON, CLOVIS UNIFIED SCHOOL DISTRICT, and DOES 1 through 50. <br><br> Defendants. | Case No. 06-CV-00262-OWW <br><br> **APPLICATION FOR SEALING ORDER and ORDER** |

COME NOW plaintiffs, Michael, Kathleen and Colin F., who apply hereby for an order permitting them to file under seal the Application for Appointment of Guardians Ad Litem, filed herewith.  The plaintiffs seek to avoid filing the pleading electronically, and thus making it accessible to the public in general.

*Application for sealing order* 1

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Colin F. is a minor, with significant disabilities.  There is no public policy
2  interest to be served by making his name and his family members' names a matter
3  of public record.  Plaintiffs respectfully submit that disclosure of this information
4  should be limited to a need-to-know basis, upon a showing of compelling need.
5      Therefore, the plaintiffs respectfully request that this Court order the within
6  Application for Appointment of Guardians Ad Litem to be scanned by the Clerk's
7  Office into the sealed section of ECF, and the original returned to counsel.

8  Dated:  March 7, 2006          Respectfully submitted,

10            /s/ Patience Milrod
             PATIENCE MILROD
11           Attorney for Plaintiffs

13                SEALING ORDER

14      Having reviewed plaintiffs' application, and good cause appearing
15  therefor,
16      IT IS HEREBY ORDERED that Plaintiffs' Application for Appointment of
17  Guardians Ad Litem be filed under seal, and that the documents be scanned by
18  the Clerk's Office into the sealed section of ECF, and the original returned to
19  counsel.
20  Dated: March 10, 2006

21            /s/ OLIVER W. WANGER_____
             OLIVER W. WANGER
22           JUDGE OF THE EASTERN DISTRICT

*Application for sealing order*                                             *2*

PDF created with pdfFactory trial version www.pdffactory.com