**GIBEAUT, MAHAN & BRISCOE**
JOHN S. MAHAN, ESQ. (State Bar No. 178497)
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020
Facsimile: (310) 410-2010

Attorneys for Defendants,
CLOVIS UNIFIED SCHOOL DISTRICT and
ALSTELMA JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN F., by and through his guardians ad litem, MICHAEL and KATHLEEN F., <br><br> Plaintiffs, <br><br> v. <br><br> ALSTELMA JACKSON, CLOVIS UNIFIED SCHOOL DISTRICT; and DOES 1 through 50, <br><br> Defendants. | Case No. 1:06-CV-00262-OWW-LJO <br><br> **ORDER TO STAY PROCEEDINGS** |

The parties in this matter have stipulated to stay this action pending the outcome of a two-week administrative hearing in the matter of *Colin F. v. Clovis Unified School District*, Case Number 2006030082, which is now set to begin March 6, 2007 before the California Office of Administrative Hearings.

Pursuant to the Stipulation of the Parties, the Court's files and records, and good cause appearing, IT IS HEREBY ORDERED:

PDF created with pdfFactory trial version www.pdffactory.com

1.     That the proceedings in the above-captioned matter be stayed until the earlier of:  (1) the date the parties file with the Court a Notice pursuant to Paragraph 4 of this Stipulation that a decision has been issued by the OAH regarding compensatory education in the matter of *Colin F. v. Clovis Unified School District*, Case Number 2006030082 before the California Office of Administrative Hearings, or (2) April 27, 2007.

2.     If there is no decision by April 13, 2007, the parties will on that date revisit this issue of the stay, via a phone conference.  After the phone conference, the parties will, no later than April 27, 2007, request that the Court either lift the Stay in this matter, or, extend the Stay in this matter; if necessary, the parties will request that the Court amend its October 5, 2006 Scheduling Conference Order.

3.     If there is a decision by April 13, 2007, the parties will on that date by telephone conference:  revisit the status of the pleadings, including whether or not an amendment to the Complaint is necessary; revisit defendants' response to the operative Complaint; and revisit the Court's Scheduling Conference Order to discuss if any modifications are necessary.  If necessary, the parties will, no later than April 27, 2007, request that the Court amend its October 5, 2006 Scheduling Conference Order.

4.     Within ten (10) days of the date a decision is reached in OAH Case Number 2006030082, the parties will file a Notice with the Court that the underlying matter has been resolved, will request that the Stay be lifted, and if necessary will

PDF created with pdfFactory trial version www.pdffactory.com

request that the Court amend its October 5, 2006 Scheduling Conference Order.

IT IS SO ORDERED.

DATED:    November  20, 2006        /s/ Oliver W. Wanger
                                    HON. OLIVER W. WANGER
                                    Judge of the District Court

PDF created with pdfFactory trial version www.pdffactory.com