**GIBEAUT, MAHAN & BRISCOE**
JOHN S. MAHAN, ESQ. (State Bar No. 178497)
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020
Facsimile: (310) 410-2010

Attorneys for Defendants,
CLOVIS UNIFIED SCHOOL DISTRICT and
ALSTELMA JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN F., by and through his guardians ad litem, MICHAEL and KATHLEEN F.,<br><br>Plaintiffs,<br><br>v.<br><br>ALSTELMA JACKSON, CLOVIS UNIFIED SCHOOL DISTRICT; and DOES 1 through 30.<br>Defendants. | Case No. 06-CV-00262-OWW-MWM<br><br>**ORDER TO FURTHER STAY PROCEEDINGS** |

The parties in this matter have stipulated to stay this action pending the outcome of a two-week administrative hearing in the matter of *Colin F. v. Clovis Unified School District*, Case Number 2006030082. The parties have briefed the issues after the hearing and have been informed that the Administrative Law Judge will issue a decision by Friday, May 4, 2007.

Pursuant to the Stipulation of the Parties, the Court's files and records, and good cause appearing, IT IS HEREBY ORDERED:

1. That the proceedings in the above-captioned matter be stayed through and until the later of May 25, 2007, or ten (10) days after a decision is rendered in the administrative proceedings regarding compensatory education in the matter of *Colin F. v. Clovis Unified School District*, Case Number 2006030082 before the California Office of Administrative Hearings.

PDF created with pdfFactory trial version www.pdffactory.com

2.      If the administrative decision has been issued by May 18, 2007, the parties will on that date by telephone conference:  revisit the status of the pleadings, including whether or not an amendment to the Complaint is necessary; revisit defendants' response to the operative Complaint; and revisit the Court's Scheduling Conference Order to discuss if any modifications are necessary. If the administrative decision is issued by May 18, and if necessary, the parties will, no later than May 25, 2007, request that the Court amend its October 5, 2006 Scheduling Conference Order.

3.      If the administrative decision is not issued by May 18, then within ten (10) days of the date the decision is issued in OAH Case Number 2006030082, the parties will file a Notice with this Court that the underlying matter has been concluded, will request that the Stay be lifted, and if necessary will request that the Court amend its October 5, 2006 Scheduling Conference Order.

IT IS SO ORDERED.

DATED:     April 20, 2007            /s/ Oliver W. Wanger
                                     HON. OLIVER W. WANGER
                                     Judge of the District Court

PDF created with pdfFactory trial version www.pdffactory.com