Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| COLIN FRATES, by and through his guardians ad litem, MICHAEL FRATES and KATHLEEN FRATES,<br><br>Plaintiffs,<br><br>v.<br><br>ALSTELMA JACKSON, CLOVIS UNIFIED SCHOOL DISTRICT, and DOES 1 through 50.<br><br>Defendants. | No. 06-CV-00262 OWW (WMW)<br><br>STIPULATION<br>TO AMEND FIRST<br>AMENDED COMPLAINT<br>and<br>ORDER THEREON |

Come now Plaintiffs, COLIN F. and his guardians ad litem, MICHAEL and KATHLEEN F., and Defendants ALSTEMA JACKSON and CLOVIS UNIFIED SCHOOL DISTRICT, and do hereby stipulate and agree:

Whereas, the issues between the parties in this action involve allegations

*Stipulation to amend first amended complaint*                                                                 *1*

PDF created with pdfFactory trial version www.pdffactory.com

that defendants have violated (*inter alia*) the provisions of the Individuals with Disabilities Education Act ("IDEA"), the Rehabilitation Act, the Americans with Disabilities Act, and 42 U.S.C. § 1983; and

Whereas, the Court on November 22, 2006 issued, and on April 20, 2007 extended, a Stay of the Proceedings to enable the plaintiffs to complete exhaustion of their administrative remedies pending a decision after hearing in the matter of *Colin F. v. Clovis Unified School District*, Case Number 2006030082 before the California Office of Administrative Hearings; and

Whereas, the Office of Administrative Hearings issued its decision in the matter on May 4, 2007; and

Whereas, the plaintiffs and the defendants agree that it will now be necessary to seek review in this Court of the issues now administratively exhausted; and

Whereas, the parties agree that amendment of the complaint at this time will likely render unnecessary costly and time-consuming Rule 12(b)(6) proceedings in this Court (or such dismissal motion would be significantly narrowed); and

Whereas, the Court's Scheduling Conference Order at p. 2, ¶ IV.1. provides "Plaintiffs will again amend their complaint to add causes of action under the Individuals with Disabilities Education Act (IDEA) and related claims once administrative remedies have been exhausted";

Therefore, the parties, by and through their respective counsel, hereby

*Stipulation to amend first amended complaint*                                                                 *2*

stipulate and agree to an Order as follows:

1. That the plaintiffs be granted leave to amend their complaint to add their IDEA claims, as well as any other claims now exhausted by the administrative proceedings in the matter of *Colin F. v. Clovis Unified School District*, Case Number 2006030082;

2. That the plaintiffs shall file their second amended complaint no later than July 27, 2007;

3. That within 20 days of July 27, 2007, the defendants will either file a Rule 12(b)(6) motion, or answer the second amended complaint;

4. That the Scheduling Order now in effect be vacated, and that a new Scheduling Conference be set within 15 days of the Court's decision in the Rule 12(b)(6) motion or the defendants' answer to the second amended complaint, whichever comes later.

5. This Stipulation may be executed in counterparts and copies shall be deemed as authentic and binding as originals.

DATED:   May 25, 2007            LAW OFFICES OF PATIENCE MILROD

/s/ Patience Milrod
PATIENCE MILROD
Attorneys for Plaintiffs, COLIN F,
MICHAEL F., and KATHLEEN F.

DATED:   May 29, 2007            GIBEAUT, MAHAN & BRISCOE

/s/ John S. Mahan
JOHN S. MAHAN
Attorneys for Defendants
CLOVIS UNIFIED SCHOOL DISTRICT

*Stipulation to amend first amended complaint*                                    3

PDF created with pdfFactory trial version www.pdffactory.com

and ALSTELMA JACKSON

ORDER

The Court having read and considered the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the plaintiffs be granted leave to amend their complaint to add their IDEA claims, as well as any other claims now exhausted by the administrative proceedings in the matter of *Colin F. v. Clovis Unified School District*, Case Number 2006030082.  The plaintiffs shall file their second amended complaint no later than July 27, 2007.  Within 20 days of the date the plaintiffs file their second amended complaint, the defendants shall either file a Rule 12(b)(6) motion, or answer the second amended complaint.

IT IS FURTHER ORDERED that the Scheduling Order now in effect be and is hereby vacated.  The Court will issue an order setting a new Scheduling Conference within 15 days of the later of the date of the Court's decision on any Rule 12(b)(6) motion challenging the plaintiff's second amended complaint, or the date of the defendants' answer to the second amended complaint.

IT IS SO ORDERED.

Dated:  5/25/2007              __/s/ Oliver W. Wanger_____
                               HON. OLIVER W. WANGER
                               Judge of the Eastern District of California

*Stipulation to amend first amended complaint*                                                 *4*

PDF created with pdfFactory trial version www.pdffactory.com