**GIBEAUT, MAHAN & BRISCOE**
JOHN S. MAHAN, ESQ. (State Bar No. 178497)
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020
Facsimile: (310) 410-2010

Attorneys for Defendants,
CLOVIS UNIFIED SCHOOL DISTRICT and
ALSTELMA JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN F., by and through his guardians ad litem, MICHAEL and KATHLEEN F., <br><br>Plaintiffs, <br><br>v. <br><br>ALSTELMA JACKSON, CLOVIS UNIFIED SCHOOL DISTRICT; and DOES 1 through 50, <br><br>Defendants. | Case No. 1:06-CV-00262-OWW-LJO <br><br>**STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)** |

COME NOW, Defendants, ALSTEMA JACKSON and CLOVIS UNIFIED

SCHOOL DISTRICT and Plaintiffs COLIN F, and his guardians ad litem,

MICHAEL and KATHLEEN F., and do hereby stipulate and agree:

Whereas, prior to defendants' filing the same, plaintiffs and defendants had

agreed to hear the pending Defendants' Motion to Dismiss on October 22, 2007, at

10:00 a.m..

- 1 -
STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

Whereas, defendants erroneously submitted, via PACER, a prior version of the Motion to Dismiss with the date of hearing scheduled for September 24, 2007; rather than the agreed upon date of October 22, 2007.

Whereas, both parties are attempting to move towards a resolution of this matter, and in this potential attorneys-fees case, both parties prefer to limit the unnecessary expenditures of public time and monies, if an early resolution can be agreed upon.

Therefore, the parties, by and through their respective counsel, hereby stipulate that the defendants Motion to Dismiss will be heard on October 22, 2007; pending approval of the same by the Court.

DATED:     September 13, 2007            GIBEAUT, MAHAN & BRISCOE


                                         By:/s/ John S. Mahan
                                             JOHN S. MAHAN
                                             Attorneys for Defendants
                                             CLOVIS UNIFIED SCHOOL DISTRICT
                                             and ALSTELMA JACKSON

DATED: August 23, 2007                   LAW OFFICES OF PATIENCE MILROD


                                         By: /s/ Patience Milrod
                                             PATIENCE MILROD
                                             Attorney for Plaintiffs, COLIN F.,
                                             MICHAEL F., and KATHLEEN F.

- 2 -
STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court having read and considered the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendants' pending Motion to Dismiss be heard on October 22, 2007 at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

DATED: September 12, 2007          /s/  OLIVER W. WANGER
                                   HONORABLE OLIVER W. WANGER
                                   Judge of the Easter District of California

PDF created with pdfFactory trial version www.pdffactory.com