1   **GIBEAUT, MAHAN & BRISCOE**
2   JOHN S. MAHAN, ESQ. (State Bar No. 178497)
    6701 Center Drive West, Suite 611
3   Los Angeles, California 90045
    Telephone:  (310) 410-2020
4   Facsimile:   (310) 410-2010
5
6   Attorneys for Defendants,
    CLOVIS UNIFIED SCHOOL DISTRICT and
7   ALSTELMA JACKSON
8
9
10              UNITED STATES DISTRICT COURT
11             EASTERN DISTRICT OF CALIFORNIA
12
13  COLIN F., by and through his guardians        Case No. 1:06-CV-00262-OWW-LJO
    ad litem, MICHAEL and KATHLEEN F.,
14
                Plaintiffs,
15
    v.                                            **STIPULATION TO CONTINUE
16                                                THE HEARING ON
    ALSTELMA JACKSON, CLOVIS                      DEFENDANTS' MOTION TO
17  UNIFIED SCHOOL DISTRICT; and                  DISMISS PURSUANT TO FRCP
    DOES 1 through 50,                            12(b)**
18
19              Defendants.
20
21
22          COME NOW, Defendants, ALSTEMA JACKSON and CLOVIS UNIFIED
23  SCHOOL DISTRICT and Plaintiffs, COLIN F. and his guardians ad litem,
24  MICHAEL and KATHLEEN F., and hereby stipulate and agree:
25
26          Whereas, Defendants' Motion to Dismiss was filed on August 22, 2004.
27          Whereas, Defendants' Motion to Dismiss is now scheduled to be heard on
28  October 22, 2007, at 10:00 a.m.

- 1 -
STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

Whereas, the parties are attempting to move towards a resolution of this matter, and in this potential attorneys'-fees case, the parties prefer to limit the unnecessary expenditures of public time and monies, if an early resolution can be agreed upon; and

Whereas, the parties have already conducted one mediation session (held September 19, 2006), and are now attempting to arrange a second mediation, with the agreed-upon goal of an early resolution to this matter; and

Whereas, the parties believe the second mediation will have a greater likelihood of success than the first, given that the issues involved have been clarified and the number of attorneys involved have been narrowed as a result of the Final Decision issued in the underlying Office of Administrative Hearing and the recent resulting Amended Complaint filed herein;

Therefore, the parties, by and through their respective counsel, hereby stipulate that the Defendants' Motion to Dismiss will be heard on December 3, 2007; pending approval of the same by the Court.

DATED:        October 9, 2007              GIBEAUT, MAHAN & BRISCOE
                                           By:/s/ John S. Mahan _____
                                               JOHN S. MAHAN
                                               Attorneys for Defendants CLOVIS
                                               UNIFIED SCHOOL DISTRICT and
                                               ALSTELMA JACKSON


DATED: October 4, 2007                     LAW OFFICES OF PATIENCE MILROD

                                           By: /s/ Patience Milrod _____
                                               PATIENCE MILROD
                                               Attorney for Plaintiffs, COLIN F.,
                                               MICHAEL F., and KATHLEEN F.

- 2 -
STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

<u>**ORDER**</u>

1

2       The Court having read and considered the stipulation of the parties, and good

3  cause appearing therefore,

4       IT IS HEREBY ORDERED that defendants' pending Motion to Dismiss be

5  heard on December 3, 2007 at 10:00 a.m. in Courtroom 3.  The hearing date of

6  October 22, 2007 is hereby vacated.

7       IT IS HEREBY ORDERED that the parties are to participate in a second

8  mediation prior to December 3, 2007.

9

10       IT IS SO ORDERED.

11

12  DATED: October 5, 2007                    /s/ OLIVER W. WANGER

13                                            HONORABLE OLIVER W. WANGER
                                              Judge of the Eastern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com