**GIBEAUT, MAHAN & BRISCOE**
JOHN S. MAHAN, ESQ. (State Bar No. 178497)
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020
Facsimile: (310) 410-2010

Attorneys for Defendants,
CLOVIS UNIFIED SCHOOL DISTRICT and
ALSTELMA JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN F., by and through his guardians ad litem, MICHAEL and KATHLEEN F.,<br><br>Plaintiffs,<br><br>v.<br><br>ALSTELMA JACKSON, CLOVIS UNIFIED SCHOOL DISTRICT; and DOES 1 through 50,<br><br>Defendants. | Case No. 1:06-CV-00262-OWW-SMS<br><br>**STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)**<br>**Note: Hearing date has been changed as February 18, 2008 is a federal holiday** |

COME NOW, Defendants, ALSTEMA JACKSON and CLOVIS UNIFIED SCHOOL DISTRICT and Plaintiffs, COLIN F. and his guardians ad litem, MICHAEL and KATHLEEN F., and hereby stipulate and agree:

Whereas, Defendants' Motion to Dismiss was filed on August 22, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

Whereas, Defendants' Motion to Dismiss hearing was rescheduled from October 22, 2007 to December 3, 2007, at 10:00 a.m. due to pending mediation; and

Whereas, the parties have already conducted one mediation session (held September 19, 2006), and are now attempting to arrange a second mediation, with the agreed-upon goal of an early resolution to this matter; and

Whereas, the parties had scheduled a settlement conference before Magistrate Judge Austin on November 13, 2007; and

Whereas, on November 7, 2007 Magistrate Judge Austin disqualified himself from all proceedings in the present action; and

Whereas, the parties are attempting to move towards a resolution of this matter, and in this potential attorneys'-fees case, the parties prefer to limit the unnecessary expenditures of public time and monies, if an early resolution can be agreed upon; and

Whereas, the parties have now scheduled a settlement conference before Magistrate Judge Snyder to be held on January 23, 2008; and

Whereas, the parties believe the second mediation will have a greater likelihood of success than the first, given that the issues involved have been clarified and the number of attorneys involved have been narrowed as a result of the Final Decision issued in the underlying Office of Administrative Hearing and the recent resulting Amended Complaint filed herein;

PDF created with pdfFactory trial version www.pdffactory.com

Therefore, the parties, by and through their respective counsel, hereby stipulate that the Defendants' Motion to Dismiss will be heard on February 18, 2008 at 10:00 am; pending approval of the same by the Court.

DATED:      November 20, 2007           GIBEAUT, MAHAN & BRISCOE
                                        By:          /s/ John Mahan
                                          JOHN S. MAHAN
                                          Attorneys for Defendants CLOVIS
                                          UNIFIED SCHOOL DISTRICT and
                                          ALSTELMA JACKSON


DATED: November 14, 2007                LAW OFFICES OF PATIENCE MILROD

                                        By:/s/ Patience Milrod
                                          PATIENCE MILROD
                                          Attorney for Plaintiffs, COLIN F.,
                                          MICHAEL F., and KATHLEEN F.

STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court having read and considered the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendants' pending Motion to Dismiss be heard on February 25, 2008 at 10:00 a.m. in Courtroom 3. The hearing date of December 3, 2007 is hereby vacated.

IT IS HEREBY ORDERED that the parties are to participate in a second mediation prior to February 18, 2008.

IT IS SO ORDERED.

DATED: November 17, 2007        /s/ OLIVER W. WANGER
                                HONORABLE OLIVER W. WANGER
                                Judge of the Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com