Patience Milrod
Law Office of Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
559/442-3164 fax

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| COLIN F., by and through his guardians ad litem, MICHAEL and KATHLEEN F., </br></br>Plaintiffs,</br></br>v.</br></br>ALSTELMA JACKSON, CLOVIS UNIFIED SCHOOL DISTRICT; and DOES 1 through 30.</br></br>Defendants. | No. 1:06-CV-00262-OWW-SMS</br></br>STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE OPPOSITION TO RULE 12(b)(6) MOTION; DECLARATION OF PATIENCE MILROD</br></br>Date:  February 25, 2008</br>Time:   10:00 a.m.</br>Court:  Hon. Oliver W. Wanger |

COME NOW the parties, and by and through their respective counsel hereby stipulate that plaintiffs' time to respond to defendants' motion to dismiss be extended to and through Tuesday, Feburary 12, 2008.

The parties respectfully submit that there is good cause for the requested

*Stipulation to extend time to file opposition to Rule 12(b)(6) motion*                   1

PDF created with pdfFactory trial version www.pdffactory.com

extension.  Please see Declaration of Patience Milrod, *infra.*

IT IS SO STIPULATED.

Dated:  February 8, 2008             /s/ John S. Mahan
                                     JOHN S. MAHAN
                                     Attorney for Defendants

Dated:  February 8, 2008             /s/ Patience Milrod
                                     PATIENCE MILROD
                                     Attorney for Plaintiffs

### DECLARATION OF PATIENCE MILROD

I, Patience Milrod, declare:

I am attorney of record for the plaintiffs in the within matter.  Plaintiffs' response to defendants' Rule 12(b)(6) motion is due February 8, 2008.

I have requested that Mr. Mahan stipulate to extended time, and he has agreed.  I am requesting the extension of time on the ground that Monday and Tuesday, February 4 and 5, were consumed with responding to a motion to intervene in a case under the California Environmental Quality Act in which I am lead counsel.  The motion (followed by a letter threatening sanctions) was brought by the Los Angeles firm of Greenberg & Glusker on behalf of a number of organizations representing the California dairy industry; it was lengthy and complex, and I had to spend several additional hours responding to opposing counsel's letter.  As a result of these obligations, and pre-existing obligations and commitments, I will be unable to complete the briefing for the plaintiff's opposition to the defendants' motion herein until Tuesday, February 8, 2008.

I declare under penalty of perjury under the laws of the State of California

that the foregoing is true and correct, and that this declaration is executed at Fresno, California on February 8, 2008.

Dated:  February 8, 2008          /s/ Patience Milrod
                                  PATIENCE MILROD
                                  Attorney for Plaintiffs

## ORDER ON STIPULATION

Having reviewed the parties' stipulation and supporting declaration, and good cause appearing therefor,

IT IS HEREBY ORDERED that plaintiffs' time to respond to defendants' motion to dismiss for failure to state a claim upon which relief can be granted and motion for more definite statement be extended to and through Tuesday, February 12, 2008.  The hearing on the motion, presently set for February 25, 2008, remains unchanged.

IT IS SO ORDERED.

Dated:  February 8, 2008          /s/ OLIVER W. WANGER
                                  HON. OLIVER W. WANGER
                                  Judge of the Eastern District

*Stipulation to extend time to file opposition to Rule 12(b)(6) motion*               3

PDF created with pdfFactory trial version www.pdffactory.com