UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN F., KATHLEEN F., AND MICHAEL F., <br><br>             Plaintiffs, <br><br>     v. <br><br> CLOVIS UNIFIED SCHOOL DISTRICT AND ALSTELMA JACKSON, <br><br><br><br>           Defendants | 1:06-CV-00262 OWW SMS <br><br><br> **ORDER DISMISSING ACTION** |

      Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

      IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **August 1, 2008**               **/s/ Oliver W. Wanger**

                                    UNITED STATES DISTRICT JUDGE

1